UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL CARAMPOT,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE BARNHART, Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Case No. C06-0437-RSM-JPD<br><br>ORDER DENYING PARTIES'<br>STIPULATED MOTION FOR<br>EXTENSION OF TIME |

This matter comes before the Court upon the parties' stipulated motion for an extension of time. Dkt. No. 13. Having carefully considered the parties' motion and the record, the Court ORDERS as follows:

(1) The parties' stipulated motion for extension of time (Dkt. No. 13) is DENIED. The Court's June 27, 2006, scheduling order instructed the parties that "**A showing of good cause is required with any request for extension of this briefing schedule.**" Dkt. No. 9 (emphasis in original). The parties' present motion provides no explanation of why an extension of time is warranted and therefore fails this standard. The motion is denied.

(2) The Clerk is directed to send a copy of this order to the parties and to the Honorable Ricardo S. Martinez.

DATED this 31st day of July, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE -1